## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.: WDQ-10-0279** |
| **DUSTIN AXELROD** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION FOR DISCLOSURE OF MENTAL HEALTH RECORDS IN THE POSSESSION OF THE UNITED STATES PROBATION OFFICE

Defendant Dustin Axelrod, through counsel, James Wyda, Federal Public Defender for the District of Maryland, and Julie L. B. Johnson,  hereby respectfully requests this Honorable Court to enter an Order permitting the parties to review mental health records that have been provided to the United States Probation Office ("USPO") by its treatment provider, Dr. Carol Deel, pertaining to the treatment assessment and recommended treatment of Dustin Axelrod.  In support of this motion, counsel states:

1. Mr. Axelrod comes before the Court on hearing on a modification of supervised release conditions proposed by the USPO.  At a previous hearing, this Court ordered an evaluation to determine the need for sex offender treatment being proposed by the USPO.  A hearing to address the proposed modification is now scheduled for May 14, 2015.

2. Counsel has been advised that the provider performing the sex offender treatment evaluation has disclosed a copy of the evaluation to the USPO, and possibly other records that pertain to Mr. Axelrod's evaluation and the proposed recommendation for treatment.

3. The parties believe that the information contained in those documents may be relevant to the proposed modification in this matter.

4.  Counsel has been advised by the USPO that a court order is required to disclose any documents that have been obtained by its office.

5.  Accordingly, the parties seek a Court Order for disclosure of Mr. Axelrod's evaluation and other records that have been provided by Carol Deel, PhD to the USPO.  Because the requested documents contain sensitive treatment records, the parties agree to treat the documents in a confidential manner at all times.

6.  The Government consents to this request and will be given access to the same documents as defense counsel.

**WHEREFORE**, we respectfully request an Order permitting disclosure of the evaluation and any related records provided by Carol Deel, Ph.D. that are  in the possession of the United States Probation Office.

A proposed order is attached.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
  for the District of Maryland

s/
JULIE L. B. JOHNSON (#27746)
Appellate Attorney
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770
Tel:  (301) 344-0600
Fax:  (301) 344-0019
Email: julie_johnson@fd.org